The following constitutes
the order of the court. Signed June 30, 2011

_____
Charles Novack
U.S. Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:  
MUNG HUU NGUYEN

Case No. 05-51014

Chapter No. 7

Debtor

**ORDER TO PAY UNCLAIMED FUNDS**

It appearing that the check(s) made payable to

MUNG HUU NGUYEN in the total amount of $22,657.03 was not cashed within the 90 day limit and an unclaimed money report was entered on 10/27/2008 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Mung Huu Nguyen is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $22,657.03 to the order of Mung Huu Nguyen

and mail to 3214 Half Moon Court, San Jose, CA 95111

**End of Order**
**No Service List Requested**